**FILED**
May 28 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ erikaf   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KARINA GONZALEZ-BURGOIN (1),<br>ABRAHAM PENA (2),<br><br>　　　　　　　　　　Defendants. | Case No.　'19 CR1941 JLS<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony); Title 18, U.S.C., Sec. 2 – Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about April 29, 2019, within the Southern District of California, defendants, KARINA GONZALEZ-BURGOIN and ABRAHAM PENA, did knowingly and intentionally import 500 grams and more, to wit: approximately 23.88 kilograms (52.54 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED:　5/28/19　.

　　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　FVR　LAUREN G. LABUFF
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

LGLA:kst:Imperial
Rev. 5/21/19