STEPHEN P. WHITE
ATTORNEY AT LAW
California State Bar No. 125276
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-3753
E-mail: swhite@1950.sdcoxmail.com
Attorney for Defendant
Karina Gonzalez-Burgoin

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br><br>KARINA GONZALEZ-BURGOIN (1),<br><br>     Defendant. | No. 19-CR-01941-JLS<br><br>MOTION TO WITHDRAW PLEA PURSUANT TO RULE 11(d)(2)(B) |

COMES NOW defendant KARINA GONZALEZ-BURGOIN, by and through her counsel Stephen P. White, and hereby moves this Court for permission to withdraw her plea of guilty pursuant to Rule 11(d)(2)(B).

On November 25, 2020, Ms. Gonzalez-Burgoin tendered a plea of guilty "on count 1 of Information." ECF 84. However, the signed plea agreement was to Conspiracy to Import Methamphetamine, requiring a superseding information to be filed. The Superseding Information was filed on December 15, 2020. ECF 87. Ms. Gonzalez-Burgoin requests to withdraw her plea on November 25, 2020, in order for her to plead guilty to count 1 of the Superseding Information and to submit a corrected signed plea agreement.

DATED:    January 19, 2021

Respectfully submitted,

s/ [signature]
STEPHEN P. WHITE
Attorney for Defendant
Karina Gonzalez-Burgoin

1