# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>v.<br>KARINA GONZALEZ-BURGOIN,<br>　　　　　　　　　Defendant. | Case No 19-CR-01941-JLS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW PLEA PURSUANT TO RULE 11(d)(2)(B)** |

Upon application of the Defendant, KARINA GONZALEZ-BURGOIN, and for fair and just reason pursuant to Rule 11(d)(2)(B), IT IS HEREBY ORDERED that the Defendant's *Motion to Withdraw Plea* be granted in order for a change of plea hearing on the Superseding Information and corrected plea agreement to commence.

IT IS SO ORDERED.

DATED: January 22, 2021

_Janis L. Sammartino_
HON. JANIS L. SAMMARTINO
United States Judge