PROB 12B
(08/16)

May 16, 2022
pacts id: 6173543

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

**Request for Modifying the Conditions or Term of Supervision**

**Name of Offender:** Karina Gonzalez-Burgoin (Spanish)                **Dkt No.:** 19CR01941-001-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** 3 years' probation. *(Special Conditions:  Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 22, 2022

**Date Probation Commenced:** April 22, 2022

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

The balance of the home detention period may be monitored by the probation officer, with or without, electronic technology.

PROB12B

Name of Offender: Karina Gonzalez-Burgoin                                                    May 16, 2022

Docket No.: 19CR01941-001-JLS                                                                              Page 2

**CAUSE**

On April 22, 2022, the court ordered Ms. Gonzalez-Burgoin to be monitored on home detention with location monitoring technology for a period of 12 months. On April 26, 2022, the U.S. Probation Office began supervising Mr. Gonzalez-Burgoin with location monitoring technology. Ms. Gonzalez-Burgoin has been compliant with the rules of the Location Monitoring Program (LMP). However, the U.S. Probation Office, recently began having ongoing issues with the location monitoring equipment. According to BI, Inc., the equipment monitoring agency, cellular signal is vital for the performance of the location monitoring equipment and poor cellular signal is likely the reason for the issues with M. Gonzalez-Burgoin's equipment. Ms. Gonzalez-Burgoin has no other viable residence, and the U.S. Probation Office is unable to effectively supervise Ms. Gonzalez-Burgoin with location monitoring equipment.

It is therefore recommended the court allow the probation officer discretion to monitor the balance of Ms. Gonzalez-Burgoin's home detention without monitoring technology.

Respectfully submitted:                                          Reviewed and approved:

by   _____          _____
      Jennifer Avila                                                Larry Huerta
      U.S. Probation Officer                                     Supervisory U.S. Probation Officer
      (760) 339-4207

Attachments:

**THE COURT ORDERS:**


__X__   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE


_____   OTHER   _____

      _____


_____                           __05/16/2022__
The Honorable Janis L. Sammartino                             Date
U.S. District Judge